No. —, original (October Term, 1938). Ex PARTE HARMON METZ WALEY. October 9, 1939. 307 U. S. 614.

No. 76 (October Term, 1938). MAYTAG COMPANY *v.* HURLEY MACHINE CO. ET AL.;

No. 77 (October Term, 1938). SAME *v.* EASY WASHING MACHINE CORP.; and

No. 661 (October Term, 1938). GENERAL ELECTRIC SUPPLY CORP. *v.* MAYTAG COMPANY. October 9, 1939. 307 U. S. 243.

No. 590 (October Term, 1938). BETHLEHEM STEEL CO. *v.* ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE CO. October 9, 1939. 307 U. S. 265.

No. 650 (October Term, 1938). BALDWIN ET AL. *v.* SCOTT COUNTY MILLING CO. October 9, 1939. 307 U. S. 478.

No. 687 (October Term, 1938). UNITED STATES *v.* POWERS. October 9, 1939. 307 U. S. 214.

No. 771 (October Term, 1938). UNITED STATES *v.* ROCK ROYAL CO-OPERATIVE, INC., ET AL. October 9, 1939. 307 U. S. 533.

No. 827 (October Term, 1938). DAIRYMEN'S LEAGUE COOPERATIVE ASSN. *v.* ROCK ROYAL CO-OPERATIVE, INC., ET AL. October 9, 1939. 307 U. S. 533.

No. 828 (October Term 1938). METROPOLITAN COOPERATIVE MILK PRODUCERS BARGAINING AGENCY, INC. *v.*